

# NUMBER 13-15-00557-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LOVE ENTERPRISES, L.L.C., LOVE PARTNERSHIP INTERESTS, L.P., AND KENNETH A. LOVE

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Perkes Order Per Curiam

Relators, Love Enterprises, L.L.C., Love Partnership Interests, L.P., and Kenneth A. Love, filed a petition for writ of mandamus and motion for emergency relief in the above cause on November 24, 2015. Through this original proceeding, relators seek to compel the trial court to vacate its November 23, 2015 order denying relators' motion to compel the depositions of John Spellmann, individually and as executor of the estate of Velma Spellmann, Gerald Lewis Sheehan Jr., Jane Lynn Sheehan Michaels, and Lorene H. Koopmann. Through their emergency motion, relators seek to stay litigation and the trial of this matter that is currently set for December 7, 2015. Real parties in interest John

Spellmann, individually and as executor of the estate of Velma Spellmann, Gerald Lewis Sheehan Jr., Jane Lynn Sheehan Michaels, Ralph Koopmann, and Karen M. Koenig have filed a response and objection to relators' emergency motion for stay.

The Court, having examined and fully considered the motion for emergency relief and the response and objection thereto, is of the opinion that the motion should be granted. The motion for emergency relief is hereby GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
30th day of November, 2015.